# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NATALIA MARTINEZ LEIVA,

Petitioner,

v.

ANDRE QUINONES, et al.,

Respondents.

Case No. 5:26-cv-03856-DKW-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Petition; (2) respondents shall immediately release petitioner Natalia Martinez Leiva (A # 220-674-367) from immigration custody; (3) respondents shall return any confiscated property and documents to petitioner upon her release; (4) respondents are enjoined and restrained from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation hearing before a neutral decisionmaker, that petitioner presents a flight risk or danger to the community; and (5) respondents shall file a status

report no later than three court days from the date of this Order regarding their compliance with this Order.

DATED:  August 5, 2026 at Honolulu, Hawaii.



_/s/ Derrick K. Watson_

Derrick K. Watson
Chief United States District Judge