**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NATALIA MARTINEZ LEIVA,
Petitioner,
v.
ANDRE QUINONES,
Respondents.

Case No. 5:26-cv-03856-DKW-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

DATED: August 5, 2026 at Honolulu, Hawaii.

/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge